PER CURIAM.
Affirmed. See Stanley v. Georgia, 394 U.S. 557, 89 S.Ct. 1243, 22 L.Ed.2d 542 (1969); Parks v. City of Homestead, 414 So.2d 1142 (Fla. 3d DCA 1982); Owen v. City of Independence, 445 U.S. 622, 100 S.Ct. 1398, 63 L.Ed.2d 673 (1980); Penthouse, Inc. v. Saba, 399 So.2d 456 (Fla. 2d DCA 1981), review denied, 408 So.2d 1095 (1981); Chapman v. State Dep’t of Health and Rehabilitative Servs., 517 So.2d 104 (Fla. 3d DCA 1987); Robertson v. Deak Perera (Miami), Inc., 396 So.2d 749 (Fla. 3d DCA 1981), review denied, 407 So.2d 1105 (Fla.1981).